# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

UNITED STATES OF AMERICA )
)
v. ) Crim. No. 2:18-mj-255-JHR
)
DONALD ST. PIERRE )

## MOTION TO SEAL

The United States respectfully moves that the Complaint, Affidavit in Support of Complaint, Synopsis, Arrest Warrant, this Motion, as well as all associated docket entries, be sealed until the Defendant's arrest.

Date: July 31, 2018

Halsey B. Frank
United States Attorney

JAMIE R. GUERRETTE
Assistant U.S. Attorney

7/31/18

Motion GRANTED.

USMJ