# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO. 2:18-CR-132-DBH |
| ) | |
| DONALD ST. PIERRE, ) | |
| ) | |
| DEFENDANT ) | |

## PROCEDURAL ORDER

In its Opposition to Defendant's Motion for Compassionate Release at 9 (ECF No. 121), the government stated that the defendant was scheduled to receive a COVID-19 vaccination on June 18, 2021. The parties shall inform the Court whether the defendant did in fact receive the vaccination.

**SO ORDERED.**

**DATED THIS 21ST DAY OF JUNE, 2021**

/S/D. BROCK HORNBY
**D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE**